**CITY OF PHILADELPHIA, Petitioner**

v.

**CITY OF PHILADELPHIA TAX REVIEW BOARD, Respondent.**

Supreme Court of Pennsylvania.

Aug. 15, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of August 2012, Expedia's Praecipe to Attach Exhibit I is **DENIED**. The City's Motion to Strike Exhibit I is **GRANTED**. The Petition for Allowance of Appeal is **DENIED**.

**In re COMMONWEALTH of Pennsylvania**

v.

**Taron NEAL.**

**Petition of Berto M. Elmore.**

Supreme Court of Pennsylvania.

Aug. 17, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of August, the Petition for Expedited Writ of Prohibition is hereby DENIED.